# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137526 | Shim | 502 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 01/29/2025 0820 | 21-801.1 |

**Place of Offense:** Ditto Ave / Amber Dr

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Exceeding posted speed limit by 20 mph (35/15 mph)

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Marquez | Mayra |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| KKW 0593 | PA | 22 | Toyota Corolla | | Silver |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 160 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

$ 190 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2137526*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 JAN, 20 25 while exercising my duties as a law enforcement officer in the Ft. Detrick District of Maryland

While conducting speed enforcement, I observed a silver in color Toyota Corolla traveling on Ditto Ave at a high rate of speed. I confirmed the vehicles speed with LIDAR at 35 mph in a 15 mph zone. A check by METERS identified the owner of the vehicle as Marquez, Mayra. During the traffic stop, Marquez, Mayra was identified as the operator of the vehicle by presentation of her driver's license. I informed Marquez of her violation and cited her under MTA 21-801.1 for exceeding the posted speed limit by 20 MPH.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/29/2025   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/10/2025 16:25
CVB SCAN 02/10/2025 16:25